FILED
MAR 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 243 |
| v. ) | JUDGE DER-YEGHIAYAN |
| ) | Violations: Title 18, United States Code, |
| RANDY RENCHER ) | Sections 113(a)(2)-(3), 751(a) and 1203. |

COUNT ONE          MAGISTRATE JUDGE COX

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

1. At times material to this indictment:

   a. Defendant Randy RENCHER ("RENCHER") was in federal custody after being charged with federal felony offenses in the Northern District of Illinois and being ordered detained pending trial on those charges by a United States Magistrate Judge and a United States District Court Judge. RENCHER was being held pending trial at the Kankakee County Jail by the Kankakee County Sheriff's Office as agents of the United States Marshals Service.

   b. The Dirksen Federal Building is located at 219 S. Dearborn Street, Chicago, Illinois in the Northern District of Illinois. The Dirksen Federal Building houses the United States District Court for the Northern District of Illinois, the United States Attorney's Office for the Northern District of Illinois, as well as other government offices. The Dirksen Federal Building is within the special maritime and territorial jurisdiction of the United States.

   c. On or about February 28, 2008, RENCHER was being transported from

the Kankakee County Jail to the Dirksen Federal Building by the Kankakee County Sheriff's Office on behalf of the United States Marshals Service. RENCHER was being transported on a bus with twelve other detainees in federal custody, VICTIMS A through L, who were also being held at the Kankakee County Jail by the Kankakee County Sheriff's Office as agents of the United States Marshals Service. VICTIMS A through L were being transported from the Kankakee County Jail to the Dirksen Federal Building for transfer to the United States Marshals Service.

      d.    The Metropolitan Correctional Center is a United States Bureau of Prisons' facility located in Chicago that houses federal prisoners appearing before the United States District Court for the Northern District of Illinois.

      2.    On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RANDY RENCHER,

defendant herein, did knowingly attempt to escape from custody under and by virtue of process issued under the laws of the United States by any court, judge, or magistrate judge, namely the order of a judge and magistrate judge of the United States District Court for the Northern District of Illinois ordering defendant RANDY RENCHER detained in custody pending trial on felony charges;

In violation of Title 18, United States Code, Section 751(a).

## COUNT TWO

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The Grand Jury realleges and incorporates by reference paragraph 1 of Count One of this Indictment as though fully set forth herein.

2. On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RANDY RENCHER,

defendant herein, seized, detained and threatened to kill, injure and continue to detain VICTIMS A through L, in order to compel a governmental organization, namely the United States Marshals Service, to transfer defendant RANDY RENCHER from the Kankakee County Jail to the Metropolitan Correctional Center and to provide defendant RANDY RENCHER with access to a member of the news media, as an explicit and implicit condition for the release of VICTIMS A through L;

In violation of Title 18, United States Code, Section 1203.

## COUNT THREE

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The Grand Jury realleges and incorporates by reference paragraph 1 of Count One of this Indictment as though fully set forth herein.

2. On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

### RANDY RENCHER,

defendant herein, within the special maritime and territorial jurisdiction of the United States, namely the Dirksen Federal Building located at 219 S. Dearborn Street, Chicago, Illinois, committed an assault with intent to commit a felony, namely hostage taking, in violation of Title 18, United States Code, Section 1203;

In violation of Title 18, United States Code, Section 113(a)(2).

## COUNT FOUR

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The Grand Jury realleges and incorporates by reference paragraph 1 of Count One of this Indictment as though fully set forth herein.

2. On or about February 28, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

RANDY RENCHER,

defendant herein, within the special maritime and territorial jurisdiction of the United States, namely the Dirksen Federal Building located at 219 S. Dearborn Street, Chicago, Illinois, committed an assault with a dangerous weapon, with intent to do bodily harm, and without just cause or excuse;

In violation of Title 18, United States Code, Section 113(a)(3).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY