#3  *FELONY*
*LI*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO X YES  If the answer is "Yes", list the case number and title of the earliest filed complaint: **08CR 243 JUDGE DER-YEGHIAYAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? NO X  YES
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **MAGISTRATE JUDGE COX**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO X  YES ☐

6) What level of offense is this indictment or information?  FELONY X  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO X  YES ☐

8) Does this indictment or information include a conspiracy count?  NO X  YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ........... (II) | ☐ Income Tax Fraud ...... (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust ..... (II) | ☐ Postal Fraud ........... (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery ....... (II) | ☐ Other Fraud ........... (III) | ☐ Immigration Laws ..... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft .......... (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery ....... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ...... (IV) |
| X Assault ........... (III) | ☐ Forgery ............. (III) | ☐ Motor Carrier Act ...... (IV) |
| ☐ Burglary ........... (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act .... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ......... (II) | ☐ Obscene Mail ........ (III) |
| ☐ Postal Embezzlement ... (IV) | ☐ DAPCA Marijuana ..... (III) | ☐ Other Federal Statutes (III) |
| ☐ Other Embezzlement .. (III) | ☐ DAPCA Narcotics ..... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
   18 U.S.C. § 751(a)
   18 U.S.C. § 113(a)
   18 U.S.C. § 1203

_____
EDWARD N. SISKEL
Assistant United States Attorney

**FILED**
MAR 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT