## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 243 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Randy Rencher | | |

**DOCKET ENTRY TEXT**

The Court was advised by the U.S. Marshal's Office that Defendant Randy Rencher refused to be brought to Court. The U.S. Marshal's Office is directed to use appropriate force, if necessary, to produce the Defendant Randy Rencher in Court for his arraignment and plea hearing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|