## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 243 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Randy Rencher | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court hereby appoints Federal Defender Panel attorney Robert G. Clarke to represent the defendant. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 04/10/08. Pretrial motions to be filed by 05/05/08. Responses to the pretrial motions are to be filed by 05/19/08. Status hearing set for 05/29/08 at 11:30 a.m. As previously ordered, the U.S. Marshal's Office is hereby directed to use appropriate force, if necessary, to ensure the defendant is produced in Court for all appearances. Defendant waives his right to a detention hearing at this time without prejudice to move at a later date. Defendant's oral motion to appoint an investigator is granted. Counsel for Defendant shall provide the Court with the appropriate CJA voucher. Appointed investigator's fees shall not be in excess of $1,600.00. In the interest of justice, the Government's oral motion to exclude time through and including 05/29/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. The Clerk of Court is directed to provide the U.S. Marshal's Office with a certified copy of this order.      (X-T)

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | maw |
|---|---|---|